was contradictory, determined that no special circumstances or equities existed to justify the plaintiff's request for a one-half interest in the grocery store operated by the defendant and, therefore, denied plaintiff's request for such an interest. We cannot say, from the record before us, that the trial court's denial of plaintiff's request was against the manifest weight of the evidence.

Having found each of plaintiff's contentions without merit we affirm the order entered by the circuit court of Pulaski County denying paragraphs one, three and five of plaintiff's motion for rehearing.

Order affirmed.

G. MORAN, P. J., and CARTER, J., concur.

THE PEOPLE ex rel. JAMES ALLEN BUCKHOLZ, Petitioner-Appellant, *v.* PAUL W. SYMPSON, Warden, Illinois State Penitentiary at Menard, Respondent-Appellee.

(No. 74-67;

Fifth District—November 4, 1974.

PER CURIAM.
CARTER, J., took no part.

Robert E. Farrell and Allen L. Wiederer, both of State Appellate Defender's Office, of Chicago, for appellant.

Nicholas G. Byron, State's Attorney, of Edwardsville, for appellee.